IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. HILL, et al.,<br><br>        Defendants. | 1:06-CV-00313-OWW-LJO-P<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was not submitted on the proper form. Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

      2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account

1 statement for the six month period immediately preceding the filing of the complaint, or in the
2 alternative, to pay the $250.00 filing fee for this action. Failure to comply with this order will result in
3 a recommendation that this action be dismissed.
4 IT IS SO ORDERED.
5 **Dated:    April 14, 2006**              /s/ Lawrence J. O'Neill
  b6edp0                                    UNITED STATES MAGISTRATE JUDGE