IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON, | 1:06-cv-00313-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 30) |
| HILL, et al., | ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDER AND |
| Defendants. | DIRECTING CLERK TO CLOSE CASE |

James D. Harrison ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 11, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of April 24, 2008, which required plaintiff to file an amended complaint in thirty days.   Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed objections.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

---

[1] The United States Postal Service returned the findings and recommendations on June 23, 2008 as undeliverable. A notation on the envelope indicates that plaintiff refused the mail.

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

          Accordingly, THE COURT HEREBY ORDERS that:

          1.  The Findings and Recommendations issued by the Magistrate Judge on June 11, 2008, are adopted in full;

          2.  This action is dismissed in its entirety, based on plaintiff's failure to comply with the court's order of April 24, 2008; and

          3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   July 23, 2008**                **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE